IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHOK ARORA, for himself and a class, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRANSWORLD SYSTEMS INC., as ) <br> successor to NCO FINANCIAL SYSTEMS ) <br> INC., ) <br> ) <br> Defendant. ) | Honorable Charles P. Kocoras <br><br> Case No.: 1:15-v-04941 <br><br> Magistrate Judge Jeffrey T. Gilbert |

**TRANSWORLD SYSTEMS INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

NOW COMES Defendant, Transworld Systems Inc., by and through undersigned counsel, and pursuant to 7.1of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby submits its Corporate Disclosure Statement and Notification as to Affiliates and states as follows:

Transworld Systems, Inc. is a wholly owned subsidiary of Aston Acquisition Corp. and no publicly held corporation owns 5% or more of its stock.

Respectfully submitted,

*/s/ Daniel W. Pisani*
Daniel W. Pisani
James K. Schultz
Sessions, Fishman, Nathan & Israel, LLC
120 South LaSalle Street, Suite 1960
Chicago, Illinois 60603
Telephone:   (312) 578-0990
Facsimile:    (312) 578-0991
E-mails: dpisani@sessions-law.biz
              jschultz@sessions-law.biz

*Attorneys for Defendant,*
*Transworld Systems Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I certify that on July 23, 2015, the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel W. Pisani*
Daniel W. Pisani

*Attorneys for Defendant,
Transworld Systems Inc.*