## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Ashok Arora, on behalf of himself and class members, ) ) ) | |
| Plaintiff, ) ) | Case No: 15 C 4941 |
| v. ) ) ) | Judge Charles P. Kocoras |
| Transworld Systems Inc., as successor to NCO Financial Systems Inc., ) ) ) ) | |
| Defendant. ) | |

### ORDER

Plaintiff Ashok Arora filed his class action complaint in this case on June 4, 2015, *see* Dkt. 1, along with a motion for class certification [5]. Plaintiff's complaint alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, by Defendant Transworld Systems Inc. ("Transworld"). *See* Dkt. 1, ¶ 1. Transworld filed its answer to the complaint and affirmative defenses on July 23, 2015 (*see* Dkt. 16), after which the Court set a close of fact discovery of January 12, 2016. *See* Dkt. 18. With discovery having been allowed, Plaintiff's motion for class certification [5] is denied without prejudice to refiling later in the action after discovery is concluded. This case remains set for status on January 12, 2016 at 9:30 a.m.

ENTERED:

_Charles P. Kocoras_

Dated: 1/6/2016

Charles P. Kocoras
United States District Judge