IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASHOK ARORA, for himself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cv-4941 |
| | ) | |
| TRANSWORLD SYSTEMS INC., | ) | Judge Kocoras |
| as successor to NCO FINANCIAL SYSTEMS INC., | ) | Magistrate Judge Gilbert |
| | ) | |
| Defendants. | ) | |

## EDELMAN, COMBS, LATTURNER & GOODWIN, LLC'S MOTION
## TO WITHDRAW AS PLAINTIFF'S COUNSEL

Edelman, Combs, Latturner & Goodwin, LLC ("Counsel") hereby requests leave to withdraw as counsel for Ashok Arora. In support of their motion, Counsel states:

1. The attorney-client relationship between plaintiff and Counsel has deteriorated to the point where counsel does not believe they can continue to represent plaintiff.

2. In addition, on January 25, 2016, plaintiff sent Counsel correspondence terminating the attorney client relationship. Subsequently, plaintiff agreed to continue working with Counsel. On March 14, 2016, plaintiff again informed Counsel that Counsel no longer had authority to act on plaintiff's behalf.

3. Under the circumstances, Counsel is required to request leave to withdraw as plaintiffs' counsel.

4. There are no pending deadlines which would need to be extended in order to protect plaintiffs' interests as the parties had been discussing settlement and the Court declined to enter a discovery deadline until those efforts had been exhausted.

Wherefore, Daniel A. Edelman, James O. Latturner, Cathleen M. Combs and Cassandra P. Miller request leave to withdraw as plaintiff's counsel.

Respectfully submitted,

s/Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
James O. Latturner
Cathleen M. Combs
Cassandra P. Miller
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
20 S. Clark St., Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, certify that on March 21, 2016, the foregoing document was sent via U.S. Mail and electronic mail to the following parties, and by facsimile to plaintiff:

Counsel:
James Kevin Schultz
jschultz@sessions.legal

Daniel W. Pisani
dpisani@sessions.legal


Plaintiff:
Ashok Arora
XXX-XXX-5670


                                                s/ Cassandra P. Miller
                                                Cassandra P. Miller

Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)